ACCEPTED
12-14-00110-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/5/2015 2:44:52 PM
CATHY LUSK
CLERK



Mark W. Cargill
ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS L. Cargill
TYLER, TEXAS     SR. PARALEGAL
2/5/2015 2:44:52 PM TY REPRESENTATIVE
CATHY S. LUSK
Clerk      Sheridan Wendele
                CLIENT SERVICES

Cheryl Day
CRIMINAL SECRETARY

February 5, 2015

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
John Robert McDonald, #1917961
Connally Unit
899 FM 632
Kenedy, Texas 78119

RE:   *John Robert McDonald v. The State of Texas*
      *No.:*   *12-14-00110-CR*

Dear Mr. McDonald:

Please be advised that the 12th Court of Appeals District of Texas – Tyler, Texas, has Affirmed the lower court's decision on your case by way of a MANDATE and/or written Opinion that was issued on February 3, 2015, and a copy of which is enclosed for your convenience. If you desire to file a Pro Se Petition for Discretionary Review - appeal, you must do so **no later than 30 days after the date of the decision, i.e.  March 1, 2015.**

If you have any questions or concerns, please call and/or notify me by written - correspondence.

Very truly yours,

Cargill & Associates

Mark W. Cargill
MWC/cc
Enclosure

cc:      Court of Appeals – 12th Court of Appeal, Tyler, Texas via E

701 N. Elm Street • Palestine, Texas 75801 • Telephone: 903/729-8011 • F

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, April 2002          See Reverse for Instructions

# THE STATE OF TEXAS
# M A N D A T E
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE 3RD DISTRICT COURT OF ANDERSON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 10th day of December, 2014, the cause upon appeal to revise or reverse your judgment between

**JOHN ROBERT MCDONALD**, Appellant

NO. 12-14-00110-CR; Trial Court No. 31410

Opinion by James T. Worthen, Chief Justice.

**THE STATE OF TEXAS**, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be in all things affirmed, and that this decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 3rd day of February, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

## TWELFTH COURT OF APPEALS

February 3, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:          12-14-00110-CR
         Trial Court Case Number:   31410

**Style:**   John Robert McDonald
         v.
         The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)
C Mr. Stanley A. Sokolowski (DELIVERED VIA E-MAIL)
:

Mandate executed on _____ day of _____, 2015.

Brief explanation of action taken: _____

_____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us



&Associates

N. Elm Street • Palestine, Texas 75801

CERTIFIED MAIL



7002 0860 0004 0866 3358



UNITED STATES POSTAGE

PITNEY BOWES

02 1P    $ 006.48⁰

0001807679   FEB 05 2015
MAILED FROM ZIP CODE 75801

John Robert McDonald #1917961
Connally Unit
899 FM 632
Kenedy, TX. 78119